Clark Whitney, Esq.
Emily Santoro, Esq.
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
1735 Market Street, Suite 3000
Philadelphia, PA 19103
(215) 995-2800
clark.whitney@ogletree.com
emily.santoro@ogletree.com
*Attorneys for Defendant*
*Lockheed Martin Corporation*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| HERBERT TETREAULT, | : | CIVIL ACTION |
| Plaintiff, | : | No. 25-cv-05295-KMW-AMD |
| v. | : | |
| LOCKHEED MARTIN CORPORATION, | : | |
| Defendant. | : | |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendant Lockheed Martin Corporation, through undersigned counsel, hereby certifies that Lockheed Martin Corporation is a publicly traded corporation, and the following publicly held company owns 10% or more of its common stock: State Street Corporation and State Street Bank and Trust Company (acting in various fiduciary capacities), located at State Street Financial Center, One Lincoln Street, Boston, MA 02111, which owns approximately 14.76%[1] of Lockheed Martin Corporation's common stock.

---

[1] As reported in Lockheed Martin Corporation (LMT) Stock Major Holders - Yahoo Finance.

**OGLETREE, DEAKINS, NASH,**
**SMOAK & STEWART, P.C.**
*Attorneys for Defendant*

*/s/ Clark Whitney*
Clark Whitney, Esq.
Emily Santoro, Esq.
1735 Market Street, Suite 3000
Philadelphia, PA 19103
Tel: (215) 995-2800
Fax: (215) 995-2801
clark.whitney@ogletree.com
emily.santoro@ogletree.com

Dated:  July 25, 2025

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| HERBERT TETREAULT, | : | CIVIL ACTION |
| Plaintiff, | : | No. 25-cv-05295-KMW-AMD |
| v. | : | |
| LOCKHEED MARTIN CORPORATION, | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of July, 2025, Defendant's Rule 7.1 Corporate Disclosure Statement was electronically filed with this Court, and thereby simultaneously served via ECF upon all counsel of record.

*/s/ Clark Whitney*
Clark Whitney